AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walker, Mark E. | United States District Court, N. D. Fla. | 05/07/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

111 N. Adams Street
Tallahassee, FL 32301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | _____ - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Active Cash Asset Account | A | Interest | L | T | | | | | |
| 2. Bank of America Bank Accounts | A | Interest | N | T | | | | | |
| 3. Pro Bank Accounts | A | Interest | M | T | | | | | |
| 4. ▨ - Capital Account | | None | M | T | | | | | |
| 5. SPDR Trust Series 1 (SPY) | A | Dividend | K | T | | | | | |
| 6. Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 7. SPDR Trust Series 1 (SPY) | A | Dividend | K | T | | | | | |
| 8. Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 9. The Walt Disney Company | A | Dividend | J | T | | | | | |
| 10. 529 College Savings Plan #1 (College Save Growth PTF) | E | Int./Div. | M | T | | | | | |
| 11. | | | | | Buy (add'l) | 12/31/14 | K | | |
| 12. 529 College Savings Plan #2 (College Save Growth PTF) | E | Int./Div. | M | T | | | | | |
| 13. | | | | | Buy (add'l) | 12/31/14 | K | | |
| 14. Morgan Stanley Retirement Account #1 (Listed Individually below) | | | | | | | | | |
| 15. Morgan Stanley Bank Cash Account (Retirement Account #1) | A | Interest | J | T | | | | | |
| 16. ACE LTD (Retirement Account #1) | A | Dividend | | | Sold | 12/02/14 | J | A | |
| 17. Apple Inc (Retirement Account #1) | A | Dividend | | | Sold | 12/02/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Baxter Intl Inc (Retirement Account #1) | A | Dividend | | | Sold | 06/06/14 | J | A | |
| 19. Blackrock Inc (Retirement Account #1) | A | Dividend | | | Sold | 12/02/14 | J | B | |
| 20. Bristol Myers Squibb Co (Retirement Account #1) | A | Dividend | | | Sold | 12/02/14 | J | A | |
| 21. | | | | | Buy (add'l) | 05/15/14 | J | | |
| 22. Chevron Corp (Retirement Account #1) | A | Dividend | | | Sold | 12/02/14 | J | | |
| 23. Colgate Palmolive Co (Retirement Account #1) | A | Dividend | | | Sold | 08/11/14 | J | A | |
| 24. Eaton Corp PLC SHS (Retirement Account #1) | A | Dividend | | | Sold | 12/02/14 | J | | |
| 25. Honeywell International Inc (Retirement Account #1) | | None | | | Sold | 01/03/14 | J | A | |
| 26. JP Morgan Chase & Co (Retirement Account #1) | A | Dividend | | | Sold | 12/02/14 | J | A | |
| 27. L Brands Inc Com (Retirement Account #1) | A | Dividend | | | Sold | 12/02/14 | J | B | |
| 28. Nextera Energy Inc Com (Retirement Account #1) | A | Dividend | | | Sold | 12/02/14 | J | A | |
| 29. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 30. Philip Morris Intl Inc (Retirement Account #1) | A | Dividend | | | Sold | 12/02/14 | J | A | |
| 31. Qualcomm Inc (Retirement Account #1) | A | Dividend | | | Sold | 09/18/14 | J | A | |
| 32. Seadrill LTD (Retirement Account #1) | A | Dividend | | | Sold | 11/26/14 | J | | |
| 33. Sempra Energy (Retirement Account #1) | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 34. Telus Corp New (Retirement Account #1) | A | Dividend | | | Sold | 12/02/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. United Technologies Corp (Retirement Account #1) | A | Dividend | | | Sold | 12/02/14 | J | A | |
| 36. V F Corporation (Retirement Account #1) | A | Dividend | | | Sold | 04/09/14 | J | A | |
| 37. Williams Co Inc (Retirement Account #1) | A | Dividend | | | Sold | 12/02/14 | J | B | |
| 38. Amgen Inc (Retirement Account #1) | A | Dividend | | | Buy | 11/04/14 | J | | |
| 39. | | | | | Sold | 12/02/14 | J | A | |
| 40. Automatic Data Processing Inc (Retirement Account #1) | A | Dividend | | | Buy | 02/24/14 | J | | |
| 41. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 42. | | | | | Sold | 12/02/14 | J | A | |
| 43. Raytheon Co (New) (Retirement Account #1) | A | Dividend | | | Buy | 04/09/14 | J | | |
| 44. | | | | | Sold | 12/02/14 | J | A | |
| 45. Macy's Inc (Retirement Account #1) | | None | | | Buy | 09/18/14 | J | | |
| 46. | | | | | Sold | 12/02/14 | J | A | |
| 47. Linear Technology Corporation (Retirement Account #1) | A | Dividend | | | Buy | 08/11/14 | J | | |
| 48. | | | | | Sold | 12/02/14 | J | A | |
| 49. Prudential Financial Inc (Retirement Account #1) | A | Dividend | | | Buy | 06/06/14 | J | | |
| 50. | | | | | Sold | 12/02/14 | J | | |
| 51. Transocean Ltd (Retirement Account #1) | | None | | | Buy | 11/26/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 12/02/14 | J | | |
| 53. Abbvie Inc Com (Retirement Account #1) | A | Dividend | | | Buy | 01/03/14 | J | | |
| 54. | | | | | Buy (add'l) | 01/23/14 | J | | |
| 55. | | | | | Sold | 11/04/14 | J | A | |
| 56. Cdk Global Inc Com (Retirement Account #1) | A | Dividend | | | Buy | 02/24/14 | J | | |
| 57. | | | | | Sold | 10/06/14 | J | A | |
| 58. IShares MSCI EAFE ETF (EFA) (Retirement Account #1) | A | Dividend | K | T | Buy | 12/03/14 | K | | |
| 59. IShares Russell 3000 ETF (IWV) (Retirement Account #1) | A | Dividend | K | T | Buy | 12/03/14 | K | | |
| 60. SPDR DJIA Trust (DIA) (Retirement Account #1) | | None | J | T | Buy | 12/03/14 | J | | |
| 61. SPDR Trust Series 1 (SPY) (Retirement Account #1) | | None | K | T | Buy | 12/03/14 | K | | |
| 62. Morgan Stanley Retirement Account #2 (Listed Individually below) | | | | | | | | | |
| 63. Morgan Stanley Bank Cash Account (Retirement Account #2) | A | Interest | J | T | | | | | |
| 64. ACE LTD (Retirement Account #2) | A | Dividend | | | Sold | 12/02/14 | J | B | |
| 65. Apple Inc (Retirement Account #2) | A | Dividend | | | Sold | 12/02/14 | J | C | |
| 66. Baxter Intl Inc (Retirement Account #2) | A | Dividend | | | Sold | 06/06/14 | J | A | |
| 67. Blackrock Inc (Retirement Account #2) | A | Dividend | | | Sold | 12/02/14 | J | B | |
| 68. Bristol Myers Squibb Co (Retirement Account #2) | A | Dividend | | | Sold | 12/02/14 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Walker, Mark E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/15/14 | J | | |
| 70. Chevron Corp (Retirement Account #2) | A | Dividend | | | Sold | 12/02/14 | J | | |
| 71. Colgate Palmolive Co (Retirement Account #2) | A | Dividend | | | Sold | 08/11/14 | J | A | |
| 72. Eaton Corp PLC SHS (Retirement Account #2) | A | Dividend | | | Sold | 12/02/14 | J | | |
| 73. Honeywell International Inc (Retirement Account #2) | | None | | | Sold | 01/03/14 | J | A | |
| 74. JP Morgan Chase & Co (Retirement Account #2) | A | Dividend | | | Sold | 12/02/14 | J | A | |
| 75. L Brands Inc Com (Retirement Account #2) | A | Dividend | | | Sold | 12/02/14 | J | B | |
| 76. Nextera Energy Inc Com (Retirement Account #2) | A | Dividend | | | Sold | 12/02/14 | J | B | |
| 77. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 78. Philip Morris Intl Inc (Retirement Account #2) | A | Dividend | | | Sold | 12/02/14 | J | A | |
| 79. Qualcomm Inc (Retirement Account #2) | A | Dividend | | | Sold | 09/18/14 | J | A | |
| 80. Seadrill LTD (Retirement Account #2) | A | Dividend | | | Sold | 11/26/14 | J | | |
| 81. Sempra Energy (Retirement Account #2) | A | Dividend | | | Sold | 11/26/14 | J | A | |
| 82. Telus Corp New (Retirement Account #2) | A | Dividend | | | Sold | 12/02/14 | J | A | |
| 83. United Technologies Corp (Retirement Account #2) | A | Dividend | | | Sold | 12/02/14 | J | A | |
| 84. V F Corporation (Retirement Account #2) | A | Dividend | | | Sold | 04/09/14 | J | A | |
| 85. Williams Co Inc (Retirement Account #2) | A | Dividend | | | Sold | 12/02/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Amgen Inc (Retirement Account #2) | A | Dividend | | | Buy | 11/04/14 | J | | |
| 87. | | | | | | Sold | 12/02/14 | J | A | |
| 88. | Automatic Data Processing Inc (Retirement Account #2) | A | Dividend | | | Buy | 02/24/14 | J | | |
| 89. | | | | | | Buy (add'l) | 10/06/14 | J | | |
| 90. | | | | | | Sold | 12/02/14 | J | B | |
| 91. | Raytheon Co (New) (Retirement Account #2) | A | Dividend | | | Buy | 04/09/14 | J | | |
| 92. | | | | | | Sold | 12/02/14 | J | A | |
| 93. | Macy's Inc (Retirement Account #2) | | None | | | Buy | 09/18/14 | J | | |
| 94. | | | | | | Sold | 12/02/14 | J | A | |
| 95. | Linear Technology Corporation (Retirement Account #2) | A | Dividend | | | Buy | 08/11/14 | J | | |
| 96. | | | | | | Sold | 12/02/14 | J | A | |
| 97. | Prudential Financial Inc (Retirement Account #2) | A | Dividend | | | Buy | 06/06/14 | J | | |
| 98. | | | | | | Sold | 12/02/14 | J | | |
| 99. | Transocean Ltd (Retirement Account #2) | | None | | | Buy | 11/26/14 | J | | |
| 100. | | | | | | Sold | 12/02/14 | J | | |
| 101. | Abbvie Inc Com (Retirement Account #2) | A | Dividend | | | Buy | 01/03/14 | J | | |
| 102. | | | | | | Buy (add'l) | 01/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/04/14 | J | A | |
| 104. Cdk Global Inc Com (Retirement Account #2) | | None | | | Buy | 02/24/14 | J | | |
| 105. | | | | | Sold | 10/06/14 | J | A | |
| 106. IShares MSCI EAFE ETF (EFA) (Retirement Account #2) | A | Dividend | K | T | Buy | 12/03/14 | K | | |
| 107. IShares Russell 3000 ETF (IWV) (Retirement Account #2) | A | Dividend | K | T | Buy | 12/03/14 | K | | |
| 108. SPDR DJIA Trust (DIA) (Retirement Account #2) | | None | K | T | Buy | 12/03/14 | K | | |
| 109. SPDR Trust Series 1 (SPY) (Retirement Account #2) | | None | K | T | Buy | 12/03/14 | K | | |
| 110. Morgan Stanley Retirement Account #3 (Listed Individually below) | | | | | | | | | |
| 111. Morgan Stanley Bank Cash Account (Retirement Account #3) | A | Interest | J | T | | | | | |
| 112. ACE LTD (Retirement Account #3) | A | Dividend | | | Sold | 12/02/14 | J | B | |
| 113. Apple Inc (Retirement Account #3) | A | Dividend | | | Sold | 12/02/14 | J | C | |
| 114. Baxter Intl Inc (Retirement Account #3) | A | Dividend | | | Sold | 06/06/14 | J | A | |
| 115. Blackrock Inc (Retirement Account #3) | A | Dividend | | | Sold | 12/02/14 | J | B | |
| 116. Bristol Myers Squibb Co (Retirement Account #3) | A | Dividend | | | Sold | 12/02/14 | J | B | |
| 117. | | | | | Buy (add'l) | 05/15/14 | J | | |
| 118. Chevron Corp (Retirement Account #3) | A | Dividend | | | Sold | 12/02/14 | J | | |
| 119. Colgate Palmolive Co (Retirement Account #3) | A | Dividend | | | Sold | 08/11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Eaton Corp PLC SHS (Retirement Account #3) | A | Dividend | | | Sold | 12/02/14 | J | | |
| 121. Honeywell International Inc (Retirement Account #3) | | None | | | Sold | 01/03/14 | J | A | |
| 122. JP Morgan Chase & Co (Retirement Account #3) | A | Dividend | | | Sold | 12/02/14 | J | A | |
| 123. L Brands Inc Com (Retirement Account #3) | A | Dividend | | | Sold | 12/02/14 | J | B | |
| 124. | | | | | Buy (add'l) | 01/23/14 | J | | |
| 125. Nextera Energy Inc Com (Retirement Account #3) | A | Dividend | | | Sold | 12/02/14 | J | B | |
| 126. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 127. Philip Morris Intl Inc (Retirement Account #3) | A | Dividend | | | Sold | 12/02/14 | J | A | |
| 128. Qualcomm Inc (Retirement Account #3) | A | Dividend | | | Sold | 09/18/14 | J | A | |
| 129. Seadrill LTD (Retirement Account #3) | A | Dividend | | | Sold | 11/26/14 | J | | |
| 130. Sempra Energy (Retirement Account #3) | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 131. Telus Corp New (Retirement Account #3) | A | Dividend | | | Sold | 12/02/14 | J | A | |
| 132. United Technologies Corp (Retirement Account #3) | A | Dividend | | | Sold | 12/02/14 | J | A | |
| 133. V F Corporation (Retirement Account #3) | A | Dividend | | | Sold | 04/09/14 | J | A | |
| 134. Williams Co Inc (Retirement Account #3) | A | Dividend | | | Sold | 12/02/14 | J | B | |
| 135. Amgen Inc (Retirement Account #3) | A | Dividend | | | Buy | 11/04/14 | J | | |
| 136. | | | | | Sold | 12/02/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Automatic Data Processing Inc (Retirement Account #3) | A | Dividend | | | Buy | 02/24/14 | J | | |
| 138. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 139. | | | | | Sold | 12/02/14 | J | B | |
| 140. Raytheon Co (New) (Retirement Account #3) | A | Dividend | | | Buy | 04/09/14 | J | | |
| 141. | | | | | Sold | 12/02/14 | J | A | |
| 142. Macy's Inc (Retirement Account #3) | | None | | | Buy | 09/18/14 | J | | |
| 143. | | | | | Sold | 12/02/14 | J | A | |
| 144. Linear Technology Corporation (Retirement Account #3) | A | Dividend | | | Buy | 08/11/14 | J | | |
| 145. | | | | | Sold | 12/02/14 | J | A | |
| 146. Prudential Financial Inc (Retirement Account #3) | A | Dividend | | | Buy | 06/06/14 | J | | |
| 147. | | | | | Sold | 12/02/14 | J | | |
| 148. Transocean Ltd (Retirement Account #3) | | None | | | Buy | 11/26/14 | J | | |
| 149. | | | | | Sold | 12/02/14 | J | | |
| 150. Abbvie Inc Com (Retirement Account #3) | A | Dividend | | | Buy | 01/03/14 | J | | |
| 151. | | | | | Buy (add'l) | 01/23/14 | J | | |
| 152. | | | | | Sold | 11/04/14 | J | A | |
| 153. Cdk Global Inc Com (Retirement Account #3) | | None | | | Buy | 02/24/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 10/06/14 | J | A | |
| 155. IShares MSCI EAFE ETF (EFA) (Retirement Account #3) | A | Dividend | K | T | Buy | 12/03/14 | K | | |
| 156. IShares Russell 3000 ETF (IWV) (Retirement Account #3) | A | Dividend | K | T | Buy | 12/03/14 | K | | |
| 157. SPDR DJIA Trust (DIA) (Retirement Account #3) | | None | K | T | Buy | 12/03/14 | K | | |
| 158. SPDR Trust Series 1 (SPY) (Retirement Account #3) | | None | K | T | Buy | 12/03/14 | K | | |
| 159. Fidelity Retirement Account #4 (Listed Individually below) | | | | | | | | | |
| 160. FID Contrafund K (Retirement Account #4) | E | Dividend | O | T | | | | | |
| 161. | | | | | Buy (add'l) | 01/31/14 | J | | |
| 162. | | | | | Buy (add'l) | 05/16/14 | J | | |
| 163. | | | | | Buy (add'l) | 07/18/14 | J | | |
| 164. GS Midcap Value Inst (Retirement Account #4) | F | Dividend | N | T | | | | | |
| 165. | | | | | Buy (add'l) | 01/31/14 | J | | |
| 166. | | | | | Buy (add'l) | 05/16/14 | J | | |
| 167. | | | | | Buy (add'l) | 07/18/14 | J | | |
| 168. Alzgi Nfj Smcpvl Is (Retirement Account #4) | E | Dividend | M | T | | | | | |
| 169. | | | | | Buy (add'l) | 01/31/14 | J | | |
| 170. | | | | | Buy (add'l) | 05/16/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Dodge & Cox Intl Stk (Retirement Account #4) | C | Dividend | M | T | | | | | |
| 172. | | | | | Buy (add'l) | 05/16/14 | J | | |
| 173. Fid Retire Mmkt (Retirement Account #4) | A | Interest | J | T | | | | | |
| 174. T. Rowe Price Investment Account | | | | | | | | | |
| 175. T. Rowe Price Equity Index 500 | A | Dividend | L | T | Buy | 09/22/14 | K | | |
| 176. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 177. | | | | | Buy (add'l) | 11/17/14 | J | | |
| 178. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 179. T. Rowe Price Retirement 2035 | C | Dividend | L | T | Buy | 09/22/14 | K | | |
| 180. | | | | | Buy (add'l) | 10/15/14 | J | | |
| 181. | | | | | Buy (add'l) | 11/17/14 | J | | |
| 182. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 183. T. Rowe Price Prime Reserve | A | Interest | L | T | Buy | 09/18/14 | M | | |
| 184. ▨▨▨ Defined Cash Balance Plan | A | Interest | K | T | Buy | 01/01/14 | J | | |
| 185. Florida Prepaid College Plan #1 (X) | | None | J | T | | | | | |
| 186. Florida Prepaid College Plan #2 (X) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, Mark E. | 05/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Mark E. Walker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544